CHRISTOPHER M. MCDONALD, State Bar No. 198093
cmcdonald@wfbm.com
WFBM, LLP
One City Boulevard West, Fifth Floor
Orange, California 92868-3677
Telephone:  (714) 634-2522
Facsimile:  (714) 634-0686

Attorneys for Defendant
BUHLER, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, a STATE corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUHLER, INC. d/b/a BUHLER GROUP, a Minnesota Corporation, BUHLER BARTH GMBH, an Unknown Business Entity, and DOES 1 through 50,<br><br>Defendants. | Case No.<br><br>[Merced County Superior Court Case No. 15CV-00531]<br><br>**DEFENDANT BUHLER, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)** |

**TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

   **PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. sections 1332 and 1441(b), defendant BUHLER, INC. d/b/a BUHLER GROUP (hereinafter "Buhler") removes the state court action described below to this Court.  The grounds for removal are as follows:

## Jurisdiction

   1.   This action is one which this Court has original jurisdiction over pursuant to 28 U.S.C. section 1332(a)(2), and the entire action is subject to removal

WALSWORTH
ONE CITY BOULEVARD WEST, FIFTH FLOOR
ORANGE, CALIFORNIA 92868-3677
TEL (714) 634-2522 • FAX (714) 634-0686

1  under 28 U.S.C. section 1441(b) on the grounds that: the named and served party is

2  a citizen of a different state, and the amount in controversy exceeds $75,000.00,

3  exclusive of interest or costs.

4  **Pleadings, Process, and Orders**

5  2.    On March 3, 2015, an action was commenced in the California

6  Superior Court for the County of Merced, entitled *Nationwide Agribusiness*

7  *Insurance Company v. Buhler, Inc., et al.*, Case No. 15CV-00531.

8  3.    On March 16, 2015, Buhler was served with the summons and

9  complaint.  A true and correct copy of the summons, complaint, and accompanying

10  papers received by defendants in the state court action is attached hereto as **Exhibit**

11  **"A".**

12  **Complete Diversity Exists**

13  4.    Plaintiff, at the time of filing the state court action, was and still is, an

14  insurance company incorporated in the State of Iowa with its principal place of

15  business in the State of Iowa.

16  5.    Defendant Buhler, was at the time of filing of the state court action, and

17  still is, a corporation organized under the laws of the State of Minnesota, with its

18  principal place of business in Plymouth, Minnesota.  Accordingly, Buhler is a

19  citizen of the State of Minnesota.  Complete diversity of citizenship exists as

20  between plaintiff and Buhler.

21  6.    Co-defendant Buhler Barth GmbH has not yet been served with this

22  state court action.  At the time of filing of the state court action, Buhler Barth GmbH

23  was a corporation organized and existing under the laws of Germany.  Buhler Barth

24  GmbH still is a corporation organized and existing under the laws of Germany.

25  Buhler Barth GmbH did at the time of filing of the state court action, and still does,

26  have its principal place of business in Germany.  Complete diversity of citizenship

27  exists as between plaintiff and Buhler Barth GmbH.

28

WALSWORTH
ONE CITY BOULEVARD WEST, FIFTH FLOOR
ORANGE, CALIFORNIA 92868-3677
TEL. (714) 634-2522  •  FAX (714) 634-0686

3111200.1
4292-3.3757

DEFENDANT BUHLER INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)

### The Amount in Controversy Requirement is Satisfied

7.     Plaintiff's Complaint alleges that plaintiff seeks compensatory damages in the amount of $150,000.00, plus costs of suit and prejudgment interest at 7% per annum.  Accordingly, it is clear from the face of the state court complaint that the amount in controversy exceeds $75,000.00.

### The Named Co-Defendant's Joinder or Consent is Not Required

8.     The right to remove a case from state to federal court belongs exclusively to "the defendant or the defendants…" 28 U.S.C. §1441(a).  In a case with more than one defendant, as here, the right to remove belongs to the defendants jointly.  *Hewitt v. City of Stanton* (9th Cir. 1986) 798 F.2d 1230, 1232.  Thus, as a prerequisite to removal, the federal courts have acknowledged the "rule of unanimity" – that is, the removing defendant must confirm that all defendants served with the state court action have consented to the removal of the case to federal court, and provide an explanation, if otherwise.  *See Prize Frize, Inc. v. Matrix (U.S.) Inc.* (9th Cir. 1999) 167 F.3d 1261, 1266.  The removal notice must reflect that all defendants consent to the removal.  28 U.S.C. §1446.  However, those named as defendants but not yet served in the state court action need not join the notice of removal. *Northern Ill. Gas Co. v. Airco Industrial Gases* (7th Cir. 1982) 676 F2d 270, 272.  Here, the other named defendant, Buhler Barth GmbH, has not yet been served.  Consequently, Buhler Barth GmbH's consent and joinder to this notice of removal are not required and removal is proper.

### Fictitious Doe Defendants

9.     Defendant Does 1-50, inclusive, are wholly fictitious.  The Complaint does not set forth the identity or status of any said fictitious defendants.  The naming of said fictitious defendants does not destroy the diversity of citizenship between the parties in this action and is to be disregarded.  28 U.S.C. §1441(b)(1); *Newcombe v. Adolf Coors Co.* (9th Cir. 1998) 157 F.3d 686, 690-91.  Further, 28 U.S.C.

WALSWORTH
ONE CITY BOULEVARD WEST, FIFTH FLOOR
ORANGE, CALIFORNIA 92868-3677
TEL (714) 634-2522 • FAX (714) 634-0686

§1441(b)(2) permits removal based on diversity only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought. 28 U.S.C. §1441(b)(2).  Thus, the citizenship of a defendant who has not been served, such as Does 1-50, inclusive, can be ignored for purposes of determining whether diversity jurisdiction exists.  *Republic Western Ins. Co. v. International Ins. Co.* (N.D. Cal. 1991) 765 F.Supp. 628, 629.  Here, no defendants other than Buhler have been served at the time of the filing of the instant removal.  Accordingly, the mere fact that the Complaint makes reference to fictitious defendants does not destroy diversity jurisdiction and does not preclude this action from being properly removed to this Court.

   10.    The attached exhibits constitute all processes, pleadings, and orders served upon Buhler in this matter.

### The Other Requirements of Removal Are Met

   11.    Buhler was served with the state court action on March 16, 2015. Accordingly, this Notice of Removal is being filed within 30 days of Buhler's notice that diversity exists from which it may first be ascertained that the case is removable pursuant to 28 U.S.C. section 1446(b)(3).  Removal is also timely because this Notice of Removal is filed not more than one year after the action was commenced in state court pursuant to 28 U.S.C. section 1446(c)(1).  Thus, this Notice of Removal is timely filed under 28 U.S.C. section 1446.

   12.    Removal to this District Court is proper under 28 U.S.C. section 1441(a) because the California Superior Court for the County of Merced is geographically located within this Court's district.

   13.    Counsel for Buhler certifies that it will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Merced, and give notice of the removal to plaintiff via its attorney, John F. Rutan, Jr., Esq.

WALSWORTH

ONE CITY BOULEVARD WEST, FIFTH FLOOR
ORANGE, CALIFORNIA 92868-3677
TEL (714) 634-2522 • FAX (714) 634-0686

1    14.    Removal is proper under 28 U.S.C. section 1446(b) because this Notice

2  of Removal is filed on behalf of Buhler, the sole named defendant served to date.

3    WHEREFORE, Buhler prays that this action be removed to the United States

4  District Court for the Eastern District of California.

5

6

7  Dated: April 15, 2015          WFBM, LLP

8

9                  By:   *Christopher M. McDonald*

10                     Christopher M. McDonald

11                     Attorney for Defendant

12                     BUHLER, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WALSWORTH
ONE CITY BOULEVARD WEST, FIFTH FLOOR
ORANGE, CALIFORNIA 92868-3677
TEL. (714) 634-2522 • FAX (714) 634-0686

-5-

# EXHIBIT A

6

03/16/15   qtc

MAR 13 2015

**SUMMONS** ON FIRST AMENDED COMPLAINT

**SUM-100**

**(CITACION JUDICIAL)**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
MERCED COUNTY

15 MAR -3 PM 2:03

CLERK OF THE SUPERIOR COURT

BY TAWN SAEPHANH
DEPUTY

**NOTICE TO DEFENDANT:** BUHLER, INC. dba BUHLER GROUP, a
*(AVISO AL DEMANDADO):* Minnesota Corporation; BUHLER
BARTH GmbH, An Unknown Business Entity and DOES 1
through 50

**YOU ARE BEING SUED BY PLAINTIFF:** NATIONWIDE AGRIBUSINESS
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* INSURANCE COMPANY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
MERCED COUNTY SUPERIOR COURT
2260 N. 21st Street
2260 N. STREET
MERCED, CA 95340

Merced Superior Court
627 W. 21st Street
Merced, CA 95340

**CASE NUMBER:**
*(Número del Caso):*
15CV-00531

File-By-Fax

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
JOHN F. RUTAN, JR. (120266)      (949) 553-1359   (949) 250-5537
LAW OFFICE OF MCCARTHY & BEAVERS
4685 MACARTHUR COURT, SUITE 200
NEWPORT BEACH, CA 92660

DATE:             LINDA ROMERO SOLES   Clerk, by   TAWN SAEPHANH   , Deputy
*(Fecha)* MAR 03 2015          *(Secretario)*                        *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☑ as the person sued under the fictitious name of (specify): dba Buhler Group
3. ☑ on behalf of (specify): Buhler, Inc.
   under: ☑ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465

PLD-PI-001

| SHORT TITLE: NATIONWIDE AGRIBUSINESS INSURANCE COMPANY v. BUHLER, INC. dba BUHLER GROUP et al. | CASE NUMBER: 15CV-00531 |

4. ☐ Plaintiff (name):

is doing business under the fictitious name (specify):

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☒ except defendant (name): BUHLER, INC. dba BUHLER GROUP

(1) ☒ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity (describe):

(4) ☐ a public entity (describe):

(5) ☐ other (specify):

c. ☐ except defendant (name):

(1) ☐ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity (describe):

(4) ☐ a public entity (describe):

(5) ☐ other (specify):

b. ☒ except defendant (name): BUHLER BARTH GmbH

(1) ☒ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity (describe):

(4) ☐ a public entity (describe):

(5) ☐ other (specify):

d. ☐ except defendant (name):

(1) ☐ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity (describe):

(4) ☐ a public entity (describe):

(5) ☐ other (specify):

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

a. ☒ Doe defendants (specify Doe numbers): 1-10 were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. ☒ Doe defendants (specify Doe numbers): 11-20 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because

a. ☐ at least one defendant now resides in its jurisdictional area.
b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and

a. ☐ has complied with applicable claims statutes, or
b. ☐ is excused from complying because (specify):

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

PLD-PI-001

| SHORT TITLE: NATIONWIDE AGRIBUSINESS INSURANCE COMPANY v. BUHLER, INC. dba BUHLER GROUP et al. | CASE NUMBER: 15CV-00531 |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☒ Products Liability
   e. ☐ Premises Liability
   f. ☒ Other (specify):  Insurance Subrogation and Indemnity

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☒ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☐ general damage
   e. ☒ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage (specify): Plaintiff was obligated to pay and did pay, under the terms of its policy with its insured, the amount of $150,000.00

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ☐ according to proof
      (2) ☒ in the amount of: $ 150,000.00
               Plus costs of suit and prejudgment interest at 7% per annum.

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: MARCH  2 , 2015

JOHN F. RUTAN, JR.
(TYPE OR PRINT NAME)

► _(signature)_
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Page 3 of 3

9

PLD-PI-001(2)

| SHORT TITLE:  NATIONWIDE AGRIBUSINESS INSURANCE COMPANY v. BUHLER, INC. dba BUHLER GROUP et al. | CASE NUMBER: 15CV-00531 |
| --- | --- |

FIRST_____ **CAUSE OF ACTION—General Negligence**          Page 4_____
 (number)

ATTACHMENT TO [X] Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1.  Plaintiff *(name)*:  NATIONWIDE AGRIBUSINESS INSURANCE COMPANY

alleges that defendant *(name)*:  BUHLER, INC. dba BUHLER GROUP and BUHLER BARTH GmbH

[x] Does 1_____ to 50_____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* approximately November 7, 2013
at *(place):* Hilltop Ranch, Inc., Ballico, CA

*(description of reasons for liability):*
Defendants and each of them so negligently and carelessly reviewed, assessed, examined, manufactured, installed, designed and/or operated their business and/or business operations during the construction, design and/or installation of the Pasteurization System CCP10000 for Almonds within the place of business of plaintiff's insured so as to cause or allow the almonds to become contaminated.

Further, Defendants and each of them so negligently and carelessly hired, controlled, supervised, instructed an/or allowed others to perform work so as to cause or allow the CCP10000 machine to cause or allow contamination of produce which resulted in significant monetary losses to Plaintiff's insured.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]        **CAUSE OF ACTION—General Negligence**        Legal Solutions Plus        Code of Civil Procedure 425.12

10

PLD-PI-001(5)

| | |
|---|---|
| SHORT TITLE: NATIONWIDE AGRIBUSINESS INSURANCE COMPANY v. BUHLER, INC. dba BUHLER GROUP et al. | CASE NUMBER: 15CV-00531 |

SECOND                    CAUSE OF ACTION—Products Liability               Page 5
___(number)___

ATTACHMENT TO  [X] Complaint  [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: NATIONWIDE AGRIBUSINESS INSURANCE COMPANY

Prod. L-1. On or about *(date)*: NOVEMBER 7, 2013      plaintiff was injured by the following product:
CCP10000 PASTEURIZATION SYSTEM FOR ALMONDS

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
[X]  used in the manner intended by the defendants.
[ ]  used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
[ ]  purchaser of the product.                    [ ]  user of the product.
[ ]  bystander to the use of the product.          [X] other *(specify)*: insurer of purchaser and user of the product

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. [X] Count One--Strict liability of the following defendants who
a. [X] manufactured or assembled the product *(names)*: BUHLER, INC. dba BUHLER GROUP and BUHLER BARTH GmbH
[X] Does 1___ to 5___
b. [X] designed and manufactured component parts supplied to the manufacturer *(names)*: BUHLER, INC. dba BUHLER GROUP and BUHLER BARTH GmbH
[X] Does 6___ to 10___
c. [X] sold the product to the public *(names)*: BUHLER, INC. dba BUHLER GROUP and BUHLER BARTH GmbH
[X] Does 11___ to 15___

Prod. L-5. [X] Count Two--Negligence of the following defendants who owed a duty to plaintiff *(names)*: BUHLER, INC. dba BUHLER GROUP and BUHLER BARTH GmbH
[X] Does 16___ to 20___

Prod. L-6. [X] Count Three--Breach of warranty by the following defendants *(names)*: BUHLER, INC. dba BUHLER GROUP and BUHLER BARTH GmbH
[X] Does 21___ to 25___
a. [X] who breached an implied warranty
b. [X] who breached an express warranty which was
[X] written  [ ] oral

Prod. L-7. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment-Prod. L-7  [X] as follows: Defendants, and each of them, named herein for failure to design, manufacture, sell, install, monitor, place into the stream of commerce and/or operate the product which caused property damage and related damage to Plaintiff's insureds' place of business, inventory, contents, fixtures and related damages.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

CAUSE OF ACTION—Products Liability

Legal Solutions Plus

Code of Civil Procedure, § 425.12

11

MC-025

| SHORT TITLE: NATIONWIDE AGRIBUSINESS INSURANCE COMPANY v. BUHLER, INC. dba BUHLER GROUP et al. | CASE NUMBER 15CV-00531 |
|---|---|

ATTACHMENT (Number): ONE
(This Attachment may be used with any Judicial Council form.)

ATTACHMENT TO COMPLAINT
SUBROGATION CAUSE OF ACTION
PAGE 6

1. At the times mentioned, NATIONWIDE AGRIBUSINESS INSURANCE COMPANY was and is an insurance company organized under law and licensed to engage in business as such in the State of California.

2. At all times herein mentioned, Hilltop Ranch, Inc. was insured by Plaintiff NATIONWIDE AGRIBUSINESS INSURANCE COMPANY to pay benefits for damage to its insured property, namely the insured's almond supply, crop or inventory and the associated equipment.

3. By reason of the legal obligation imposed on Plaintiff NATIONWIDE AGRIBUSINESS INSURANCE COMPANY by said insurance policy, Plaintiff was obligated to pay and did pay by payment issued on or about March 3, 2014, in the sum of $150,000.00, to or on behalf of its insured for defense and indemnity damages for claims against plaintiff's insured as provided for under plaintiff's insurance policy.  Further, an insurer who pays a claim to settle an action against a defendant insured is subrogated to the insureds right to seek equitable indemnity and/or contribution from a joint tortfeasor.

4. Pursuant to the terms of the policy and the laws of the State of California, NATIONWIDE AGRIBUSINESS INSURANCE COMPANY is legally, equitably and contractually subrogated to the rights and entitled to enforce the remedies of Hilltop Ranch, Inc. in the amount of $150,000 plus legal costs and pre-judgment interest at 7%.

5. Pursuant to the laws of the State of California, NATIONWIDE AGRIBUSINESS INSURANCE COMPANY is entitled to legal, equitable, and implied indemnity from the defendants and each of them in the amount of $150,000 plus legal costs and pre-judgment interest at 7%.

6.  Plaintiff's suit for indemnity is timely.  The applicable statute of limitations for filing actions seeking equitable indemnity is one year.  A cause of action for indemnity accrues when the indemnitee suffers loss through payment of a judgment or settlement.  [DeLaForest v. Yandle (1959) 171 Ca. App. 2d 59, 62; Smith v. Parks Manor (1987) 197 Cal. App. 3d 872, 882.]

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page _____ of _____
(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

ATTACHMENT
to Judicial Council Form

Legal
Solutions
& Plus

# SUMMONS
## *(CITACION JUDICIAL)*

SUM-100

**NOTICE TO DEFENDANT:** BUHLER, INC. dba BUHLER GROUP, a
*(AVISO AL DEMANDADO):* Minnesota Corporation and DOES 1
through 50, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:** NATIONWIDE AGRIBUSINESS
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* INSURANCE COMPANY

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED
MERCED COUNTY

15 FEB 23 PM 2: 24

CLERK OF THE SUPERIOR COURT
NENGEY MOUA

BY _____
DEPUTY

*File-By-Fax*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
MERCED COUNTY SUPERIOR COURT   Merced Superior Court
2260 N. STREET                 627 W. 21st Street
2260 N. STREET                 Merced, CA 95340
MERCED, CA 95340

CASE NUMBER:
*(Número del Caso)*
**15CV-00531**
Judge: Proietti, Donald

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
JOHN F. RUTAN, JR. (120266)                    (949) 553-1359   (949) 250-5537
LAW OFFICE OF MCCARTHY & BEAVERS
4685 MACARTHUR COURT, SUITE 200
NEWPORT BEACH, CA 92660                         NENGEY MOUA

DATE:    FEB 2 3 2015                    Clerk, by _____ SOLES _____, Deputy
*(Fecha)*        LINDA ROMO             *(Secretario)*                      *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465

13

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JOHN F. RUTAN, JR. (120266)<br>LAW OFFICE OF MCCARTHY & BEAVERS<br>4685 MACARTHUR COURT, SUITE 200<br>NEWPORT BEACH, CA 92660<br>TELEPHONE NO.: (949) 553-1359  FAX NO.: (949) 250-5537<br>ATTORNEY FOR (Name): NATIONWIDE AGRIBUSINESS INSURANCE COMPANY | FILED<br>MERCED COUNTY<br><br>15 FEB 23 PM 2:24<br><br>CLERK OF THE SUPERIOR COURT<br>BY NENOSY MOUA<br>                    DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MERCED
STREET ADDRESS: 2260 N. STREET
MAILING ADDRESS: 2260 N. STREET
CITY AND ZIP CODE: MERCED, CA 95340
BRANCH NAME: MAIN MERCED COURTHOUSE

Merced Superior Court
627 W. 21st Street
Merced, CA 95340

*File Buller*

CASE NAME: NATIONWIDE AGRIBUSINESS INSURANCE COMPANY
v. BUHLER, INC. dba BUHLER GROUP

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 15CV - 00531<br>Judge: Proietti, Donald<br>JUDGE:<br>DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

**1.** Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[X] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

**2.** This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

**3.** Remedies sought (check all that apply): a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
**4.** Number of causes of action (specify): THREE
**5.** This case [ ] is  [X] is not  a class action suit.
**6.** If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: FEBRUARY 18, 2015

JOHN F. RUTAN, JR. (120266)
(TYPE OR PRINT NAME)

*(signature)*
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Legal
Solutions
Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

14

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF MERCED<br>627 W 21st St<br>Merced, California 95340<br>(209) 725-4100 | *Reserved for Clerk's File Stamp*<br><br>FILED<br>MERCED COUNTY<br><br>15 FEB 23 PM 2:27<br><br>CLERK OF THE SUPERIOR COURT<br>NENGSY MOUA<br>BY_____<br>DEPUTY |
| Nationwide Agribusiness Insurance Company<br>vs<br>Buhler, Inc | |
| NOTICE OF CASE MANAGEMENT CONFERENCE<br>NOTICE OF INCLUSION IN DELAY REDUCTION PROGRAM | Case No. 15CV-00531 |

To All Parties and their Attorneys of Record:

Please take notice that the above-entitled action has been included in this Court's Delay Reduction Program. Local Rule 4 will hereafter apply to this action. Our Local Rules may be reviewed on-line at www.merced.courts.ca.gov. You are required to comply with the guidelines for program cases as set forth in the above referenced Local Rule and the applicable California Rules of Court (CRC), including Rules 3.720-3.735.

You are further advised that a Case Management Conference (CMC) in the above action has been scheduled, per Rule 4(b)(1)(a), for:

July 13, 2015 at 10:00 AM in Courtroom 8

**Plaintiff must serve this Notice on all Parties to this action at the same time the Complaint is served. Failure to do so may cause unnecessary delay to this action.**

Parties desiring to appear telephonically at the CMC shall comply with CRC, Rule 3.670 and Local Rule 4, and are responsible for making timely arrangements with CourtCall, LLC. CourtCall, LLC may be reached at (888) 882-6878. Notices of Telephonic Appearance may be placed on the CMC Statement or may be filed independently with the Court NOT LESS THAN THREE (3) COURT DAYS prior to the CMC. A Notice of Telephonic Appearance is deemed valid on any subsequent, continued CMCs.

**PURSUANT TO CRC, RULE 3.724, THE PARTIES MUST MEET AND CONFER NO LATER THAN 30 DAYS PRIOR TO THE CMC.**

A CMC Statement shall be filed with the Court no later than **15 days** prior to the date set for the **CMC**. Parties shall use **Judicial Council form CM-110** (CRC 3.725). This form is available at the Court Clerks Office or on-line at www.courtinfo.ca.gov.

If you have any further questions regarding this Notice, please contact the undersigned at the number indicated above.

John F Rutan
4685 MacArthur Court 200
Newport Beach CA 92660

Date: 02/23/2015                    Linda Romero Soles, Court Executive Officer

                                    NENGSY MOUA

Nengsy Moua                    By:_____
Printed Name                          Deputy Clerk

15

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

JOHN F. RUTAN, JR. (120266)
LAW OFFICE OF MCCARTHY & BEAVERS
4685 MACARTHUR COURT, SUITE 200
NEWPORT BEACH, CA 92660
TELEPHONE NO: (949) 553-1359   FAX NO. *(Optional):* (949) 250-5537
E-MAIL ADDRESS *(Optional):* Our File No. 14-016823
ATTORNEY FOR *(Name):* NATIONWIDE AGRIBUSINESS INSURANCE COMPANY

**FILED
MERCED COUNTY**

**15 FEB 23 PM 2:24**

CLERK OF THE SUPERIOR COURT

BY ~~NENGSY MOUA~~

_____ DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MERCED
STREET ADDRESS: 2260 N. STREET    *Merced Superior Court*
MAILING ADDRESS: 2260 N. STREET    *627 W. 21st Street*
CITY AND ZIP CODE: MERCED, CA 95340    *Merced, CA 95340*
BRANCH NAME: MAIN MERCED COURTHOUSE

PLAINTIFF: NATIONWIDE AGRIBUSINESS INSURANCE COMPANY

DEFENDANT: BUHLER, INC. dba BUHLER GROUP, a Minnesota Corporation

[X] DOES 1 TO 50

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number):*
Type *(check all that apply):*
[ ] MOTOR VEHICLE        [X] OTHER *(specify):* Product Liability
  [X] Property Damage      [ ] Wrongful Death
  [ ] Personal Injury      [X] Other Damages *(specify):* Insurance   *File-By-Fax*
Subrogation and Indemnity

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded    [ ] does not exceed $10,000
              [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER:

**15CV-00531**
Judge: Proietti, Donald

1. Plaintiff *(name or names):* NATIONWIDE AGRIBUSINESS INSURANCE COMPANY

alleges causes of action against defendant *(name or names):* BUHLER, INC. dba BUHLER GROUP

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
  a. [X] except plaintiff *(name):* NATIONWIDE AGRIBUSINESS INSURANCE COMPANY
    (1) [X] a corporation qualified to do business in California
    (2) [ ] an unincorporated entity *(describe):*
    (3) [ ] a public entity *(describe):*
    (4) [ ] a minor  [ ] an adult
      (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) [ ] other *(specify):*
    (5) [ ] other *(specify):*

  b. [ ] except plaintiff *(name):*
    (1) [ ] a corporation qualified to do business in California
    (2) [ ] an unincorporated entity *(describe):*
    (3) [ ] a public entity *(describe):*
    (4) [ ] a minor  [ ] an adult
      (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) [ ] other *(specify):*
    (5) [ ] other *(specify):*

  [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12

16

PLD-PI-001

| SHORT TITLE: NATIONWIDE AGRIBUSINESS INSURANCE COMPANY v. BUHLER, INC. dba BUHLER GROUP | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):

is doing business under the fictitious name (specify):

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☒ except defendant (name): BUHLER, INC. dba BUHLER GROUP

     (1) ☒ a business organization, form unknown
     (2) ☐ a corporation
     (3) ☐ an unincorporated entity (describe):

     (4) ☐ a public entity (describe):

     (5) ☐ other (specify):

   c. ☐ except defendant (name):

     (1) ☐ a business organization, form unknown
     (2) ☐ a corporation
     (3) ☐ an unincorporated entity (describe):

     (4) ☐ a public entity (describe):

     (5) ☐ other (specify):

   b. ☐ except defendant (name):

     (1) ☐ a business organization, form unknown
     (2) ☐ a corporation
     (3) ☐ an unincorporated entity (describe):

     (4) ☐ a public entity (describe):

     (5) ☐ other (specify):

   d. ☐ except defendant (name):

     (1) ☐ a business organization, form unknown
     (2) ☐ a corporation
     (3) ☐ an unincorporated entity (describe):

     (4) ☐ a public entity (describe):

     (5) ☐ other (specify):

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

   a. ☒ Doe defendants (specify Doe numbers): 1-10 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.

   b. ☒ Doe defendants (specify Doe numbers): 11-20 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: NATIONWIDE AGRIBUSINESS INSURANCE COMPANY v. BUHLER, INC. dba BUHLER GROUP | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☒ Products Liability
   e. ☐ Premises Liability
   f. ☒ Other *(specify)*: Insurance Subrogation and Indemnity

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☒ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☐ general damage
   e. ☒ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage *(specify)*: Plaintiff was obligated to pay and did pay, under the terms of its policy with its insured, the amount of $150,000.00

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☐ according to proof
      (2) ☒ in the amount of: $ 150,000.00
              Plus costs of suit and prejudgment interest at 7% per annum.

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: FEBRUARY 18, 2015

JOHN F. RUTAN, JR.
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Page 3 of 3

18

PLD-PI-001(2)

| SHORT TITLE: NATIONWIDE AGRIBUSINESS INSURANCE COMPANY v. BUHLER, INC. dba BUHLER GROUP | CASE NUMBER: |
|---|---|

FIRST _____ CAUSE OF ACTION—General Negligence          Page 4_____
         *(number)*

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: NATIONWIDE AGRIBUSINESS INSURANCE COMPANY

alleges that defendant *(name)*: BUHLER, INC. dba BUHLER GROUP

[X] Does 1_____ to 50_____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: approximately November 7, 2013

at *(place)*: Hilltop Ranch, Inc., Ballico, CA

*(description of reasons for liability):*

Defendants and each of them so negligently and carelessly reviewed, assessed, examined, manufactured, installed, designed and/or operated their business and/or business operations during the construction, design and/or installation of the Pasteurization System CCP10000 for Almonds within the place of business of plaintiff's insured so as to cause or allow the almonds to become contaminated.

Further, Defendants and each of them so negligently and carelessly hired, controlled, supervised, instructed an/or allowed others to perform work so as to cause or allow the CCP10000 machine to cause or allow contamination of produce which resulted in significant monetary losses to Plaintiff's insured.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12

Legal
Solutions
Plus

19

PLD-PI-001(5)

| SHORT TITLE: NATIONWIDE AGRIBUSINESS INSURANCE COMPANY v. BUHLER, INC. dba BUHLER GROUP | CASE NUMBER: |
|---|---|

SECOND _____ CAUSE OF ACTION—Products Liability          Page 5 _____
   (number)

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* NATIONWIDE AGRIBUSINESS INSURANCE COMPANY

Prod. L-1.  On or about *(date):* NOVEMBER 7, 2013     plaintiff was injured by the following product:
    CCP10000 PASTEURIZATION SYSTEM FOR ALMONDS

Prod. L-2.  Each of the defendants knew the product would be purchased and used without inspection for defects.
    The product was defective when it left the control of each defendant. The product at the time of injury
    was being
    [X]   used in the manner intended by the defendants.
    [ ]   used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not
          readily apparent. Adequate warnings of the danger were not given.

Prod. L-3.  Plaintiff was a
    [ ]   purchaser of the product.                    [ ]   user of the product.
    [ ]   bystander to the use of the product.          [X]   other *(specify):* insurer of
                                                         purchaser and user of the product

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4.  [X] Count One--Strict liability of the following defendants who
    a. [X]  manufactured or assembled the product *(names):* BUHLER, INC. dba BUHLER GROUP

          [X] Does 1 _____ to 5 ____
    b. [X]  designed and manufactured component parts supplied to the manufacturer *(names):*
          BUHLER, INC. dba BUHLER GROUP

          [X] Does 6 _____ to 10 _____
    c. [X]  sold the product to the public *(names):* BUHLER, INC. dba BUHLER GROUP

          [X] Does 11 _____ to 15 _____

Prod. L-5.  [X] Count Two--Negligence of the following defendants who owed a duty to plaintiff *(names):*
    BUHLER, INC. dba BUHLER GROUP

          [X] Does 16 _____ to 20 _____

Prod. L-6.  [X] Count Three--Breach of warranty by the following defendants *(names):* BUHLER, INC. dba BUHLER
    GROUP
          [X] Does 21 _____ to 25 _____
    a. [X]  who breached an implied warranty
    b. [X]  who breached an express warranty which was
          [X] written  [ ] oral

Prod. L-7.  [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
    [ ]   listed in Attachment-Prod. L-7   [X] as follows: Defendants, and each of them, named herein for
    failure to design, manufacture, sell, install, monitor, place into the stream of commerce
    and/or operate the product which caused property damage and related damage to Plaintiff's
    insureds' place of business, inventory, contents, fixtures and related damages.

Page 1 of 1

20

MC-025

| SHORT TITLE: NATIONWIDE AGRIBUSINESS INSURANCE COMPANY v. BUHLER, INC. dba BUHLER GROUP | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): ONE

*(This Attachment may be used with any Judicial Council form.)*

ATTACHMENT TO COMPLAINT
SUBROGATION CAUSE OF ACTION
PAGE 6

1. At the times mentioned, NATIONWIDE AGRIBUSINESS INSURANCE COMPANY was and is an insurance company organized under law and licensed to engage in business as such in the State of California.

2. At all times herein mentioned, Hilltop Ranch, Inc. was insured by Plaintiff NATIONWIDE AGRIBUSINESS INSURANCE COMPANY to pay benefits for damage to its insured property, namely the insured's almond supply, crop or inventory and the associated equipment.

3. By reason of the legal obligation imposed on Plaintiff NATIONWIDE AGRIBUSINESS INSURANCE COMPANY by said insurance policy, Plaintiff was obligated to pay and did pay by payment issued on or about March 3, 2014, in the sum of $150,000.00, to or on behalf of its insured for defense and indemnity damages for claims against plaintiff's insured as provided for under plaintiff's insurance policy.  Further, an insurer who pays a claim to settle an action against a defendant insured is subrogated to the insureds right to seek equitable indemnity and/or contribution from a joint tortfeasor.

4. Pursuant to the terms of the policy and the laws of the State of California, NATIONWIDE AGRIBUSINESS INSURANCE COMPANY is legally, equitably and contractually subrogated to the rights and entitled to enforce the remedies of Hilltop Ranch, Inc. in the amount of $150,000 plus legal costs and pre-judgment interest at 7%.

5. Pursuant to the laws of the State of California, NATIONWIDE AGRIBUSINESS INSURANCE COMPANY is entitled to legal, equitable, and implied indemnity from the defendants and each of them in the amount of $150,000 plus legal costs and pre-judgment interest at 7%.

6. Plaintiff's suit for indemnity is timely.  The applicable statute of limitations for filing actions seeking equitable indemnity is one year.  A cause of action for indemnity accrues when the indemnitee suffers loss through payment of a judgment or settlement.  [*DeLaForest v. Yandle* (1959) 171 Ca. App. 2d 59, 62; *Smith v. Parks Manor* (1987) 197 Cal. App. 3d 872, 882.]

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

ATTACHMENT
to Judicial Council Form

Legal
Solutions
Ca Plus

21

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is One City Boulevard West, Fifth Floor, Orange, CA 92868-3677.

On April 15, 2015, I served true copies of the following document(s) described as **DEFENDANT BUHLER, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(B) (DIVERSITY)** on the interested parties in this action as follows:

John F. Rutan, Jr.
Law Offices of McCarthy & Beavers
4685 MacArthur Ct., Ste. 200
Newport Beach, CA 92660

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the person at the address listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with WFBM, LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Orange, California.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 15, 2015, at Orange, California.

Linda Breeding
Linda Breeding

22

3111200.1
4292-3.3757

WALSWORTH
ONE CITY BOULEVARD WEST, FIFTH FLOOR
ORANGE, CALIFORNIA 92868-3677
TEL. (714) 634-2522 • FAX (714) 634-0686